UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>LORENZO R. COLEMAN,<br><br>　　　　　　　Defendant. | CASE NO. CR06-5748-JKA<br><br>DETENTION ORDER |

Offenses charged:

　　(1) Driving under the influence of intoxicating liquor or drugs.

　　(2) Driving while license suspended, second degree.

　　(3) Driving without proof of liability insurance.

　　(4) Driving a vehicle without two operating headlamps.

Date of Detention Hearing: July 16, 2007

　　The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no

DETENTION ORDER - 1
18 U.S.C. § 3142(i)

condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of any other person and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1) Defendant has an extremely lengthy criminal record, dating back to 1985. It includes convictions for rape, robbery, criminal trespass, possession of stolen property, malicious mischief (two convictions), refusal to give information to law enforcement, driving under the influence (three convictions), driving with suspended license (nine convictions), assault, failure to register as a sex offender and as a felon, and other traffic offenses.

(2) He has many failures to appear (the Pretrial Services Office alleges 41), and various warrants have been issued for his arrest.

(3) Pending against him are charges of assault/domestic violence, driving under the influence, driving while license suspended (six cases), failure to register as a sex offender, and obstructing or hindering a public servant. There are three extraditable warrants pending in misdemeanor cases. The warrant for his arrest in the present case was issued in February of 2007.

(4) Defendant is allegedly associated with the use of 12 alias names and two dates of birth.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

DETENTION ORDER - 2
18 U.S.C. § 3142(i)

1  (3) On order of a court of the United States or on request of an attorney for the
2      Government, the person in charge of the corrections facility in which defendant is
3      confined shall deliver the defendant to a United States Marshal for the purpose of an
4      appearance in connection with a court proceeding; and
5  (4) The clerk shall direct copies of this order to counsel for the United States, to counsel
6      for the defendant, to the United States Marshal, and to the United States Pretrial
7      Services Officer.
8  DATED this 16th day of July, 2007.

          /s/John L. Weinberg
          JOHN L. WEINBERG
          United States Magistrate Judge

DETENTION ORDER - 3
18 U.S.C. § 3142(i)